In the Matter of the Liquidation of CONSOLIDATED INDEMNITY AND INSURANCE COMPANY.

GEORGE S. VAN SCHAICK, Superintendent of Insurance of the State of New York, as Liquidator of Consolidated Indemnity and Insurance Company, Appellant; GERTRUDE E. CORON, Individually and as General Guardian of VILMA CORON et al., Respondent.

Submitted November 13, 1939; decided November 21, 1939.

Motion for reargument or to amend the remittitur denied.   (See 281 N. Y. 680.)